421 A.2d 211

**In re ESTATE of Maglona C. DAVIES, Deceased.**

**Appeal of Beatrice C. HURLEY, Executrix.**

Supreme Court of Pennsylvania.

Argued Sept. 29, 1980.

Decided Nov. 3, 1980.

Benjamin W. Haseltine, Pittsburgh, for appellant.

William Campbell Ries, Pittsburgh, for Mellon Bank.

Frank A. McFerran, Jr., Stevens, Clark, Laubach & Semple, Pittsburgh, for Wiley A. Bucey, Jr.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Decree of the Court of Common Pleas of Allegheny County is affirmed. Each party is to pay own costs.